AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howell, Dennis L. | USDC, WDNC | 08/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge, full | ☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse Building
100 Otis Street, Room 302
Asheville, NC 28801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Executor | Estate #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L.. | 08/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. -AQR Managed Futures Stratagy Fund Class I | A | Dividend | K | T | Buy | 02/11/16 | K | | |
| 3. -DFA 5 Yr. Global Income Fund Class I | B | Dividend | M | T | Buy (add'l) | 02/11/16 | L | | |
| 4. -DFA Emerg. Mkts Value Fund Class I | A | Dividend | K | T | | | | | |
| 5. -DFA Emerg. Mkt. Fund Class I | A | Dividend | K | T | | | | | |
| 6. -DFA Emerg. Mkts. Sm Cap Fund | A | Dividend | K | T | | | | | |
| 7. -DFA Int'l Real Estate Sec. Fund Class I | A | Dividend | K | T | | | | | |
| 8. -DFA Int'l Sm. Cap Value Fund Class I | A | Dividend | K | T | | | | | |
| 9. -DFA Int'l Small Co. Fund Class I | A | Dividend | K | T | | | | | |
| 10. -DFA Int'l Value Fund Class I | B | Dividend | L | T | | | | | |
| 11. -DFA US Large Cap Value Fund Class I | C | Dividend | M | T | | | | | |
| 12. -DFA Real Estate Sec. Fund Class I | B | Dividend | K | T | | | | | |
| 13. -DFA US Large Co. Fund Class I | C | Dividend | M | T | | | | | |
| 14. -DFA US Micro Cap Fund Class I | A | Dividend | L | T | | | | | |
| 15. -DFA US Sm. Cap Value Fund Class I | A | Dividend | L | T | | | | | |
| 16. -Loomis Sayles Bond Fund I | A | Dividend | | | Sold | 02/11/16 | M | B | |
| 17. -Natixis ASG Managed Future Stratagy Fund | A | Dividend | K | T | Buy | 02/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Ltd Term T/E Fd (Adm) | A | Dividend | K | T | | | | | |
| 19. -Vanguard S/T invest. Grade (Admiral) | B | Dividend | L | T | Sold (part) | 02/11/16 | K | A | |
| 20. -Virtus Multi Sector S-T Bond I | C | Dividend | M | T | Sold (part) | 02/11/16 | K | A | |
| 21. -Vanguard 500 Index (admiral) | A | Dividend | J | T | Sold (part) | 02/11/16 | K | A | |
| 22. -Vanguard Mkt Neutral Fund Class Inv SHS | A | Dividend | K | T | Buy | 02/11/16 | K | | |
| 23. -Apollo Invmt Corp | B | Dividend | K | T | Buy | 11/03/16 | K | | |
| 24. -LMCG Glb Market Neutral Fund | | None | | | Buy | 02/11/16 | K | | |
| 25. | | | | | Sold | 08/12/16 | K | | |
| 26. -TD Bank- Cash Account | | None | | | Sold | 08/21/16 | K | | |
| 27. -UBS Bank US Cash Account | | None | K | T | Buy | 08/12/16 | K | | |
| 28. SEP IRA #2 (H) | | | | | | | | | |
| 29. -DFA 5 yr. Global Income Fund | A | Dividend | J | T | | | | | |
| 30. -DFA Core Emerg. Mkts. Fund | A | Dividend | K | T | | | | | |
| 31. -DFA Int'l Real Estate Fund | A | Dividend | J | T | Sold (part) | 02/11/16 | J | | |
| 32. -DFA Int'l Core Equity | B | Dividend | K | T | | | | | |
| 33. -DFA Real Estate Sec. Fund | A | Dividend | J | T | Sold (part) | 02/11/16 | J | B | |
| 34. -DFA US Core Equity 2 Fund | B | Dividend | M | T | Sold (part) | 02/11/16 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Loomis Sayles Bond Fund I | | None | | | Sold | 02/11/16 | J | A | |
| 36. -VG S/T Invest. Grade (Admiral) | A | Dividend | J | T | | | | | |
| 37. -Virtus Multi Sector S-T Bond I | A | Dividend | J | T | | | | | |
| 38. -LMCG Blb Market Neutral Fund | | None | | | Buy | 02/11/16 | J | | |
| 39. | | | | | Sold | 08/12/16 | J | | |
| 40. -Natixis ASG Manage Future Strategy Fund | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 41. -Vanguard Mkt Neutral Fund Class Inv SHS | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 42. AQR Managed Futures Strategy Fund Class I | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 43. -TD Bank-Cash accounts | | None | | | Sold | 08/12/16 | J | | |
| 44. UBS Bank USA Acct Cash Account | | None | J | T | Buy | 08/12/16 | J | | |
| 45. IRA #3(H) | | | | | | | | | |
| 46. -S&P 500 Depository Receipts | A | Dividend | J | T | | | | | |
| 47. -AQR Fds Diversified Arbitrage I | | None | | | Sold | 02/11/16 | J | A | |
| 48. -Baron Small Cap Fund | | None | J | T | | | | | |
| 49. -DFA 5 yr. Global Income Fund | A | Dividend | J | T | | | | | |
| 50. -DFA Emerg. Mkt Value Fund Class I | A | Dividend | J | T | | | | | |
| 51. -DFA Emerg. Mkts. Fund Class I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -DFA Emerg. Mkts. Sm. cap Fund Class 1 | A | Dividend | J | T | | | | | |
| 53. -DFA Int'l Real Estate Fund Class 1 | A | Dividend | J | T | | | | | |
| 54. -DFA Int'l Sm. Cap Value Fund Class 1 | A | Dividend | J | T | | | | | |
| 55. -DFA Int'l Small Co. Fund Class 1 | A | Dividend | J | T | | | | | |
| 56. -DFA Int'l Value Fund Class 1 | A | Dividend | J | T | | | | | |
| 57. -DFA Large Cap Value Fund Class 1 | A | Dividend | K | T | | | | | |
| 58. -DFA Real Estate Sec. Fund Class 1 | A | Dividend | J | T | | | | | |
| 59. -DFA US Large Co. Instl Class 1 | A | Dividend | J | T | | | | | |
| 60. -DFA US Micro Cap Fund Class 1 | A | Dividend | J | T | | | | | |
| 61. -DFA US Sm. Cap Value Fund Class 1 | A | Dividend | J | T | | | | | |
| 62. -Loomis Sayles Bond Fund I | | None | | | Sold | 02/11/16 | J | A | |
| 63. -Natixis ASG Global Alt Fd CL | | None | | | Sold | 02/11/16 | J | A | |
| 64. -Vanguard Pacific Stock Index Fund Investor | A | Dividend | J | T | | | | | |
| 65. -VG European Stock Index Fund Investor | A | Dividend | J | T | | | | | |
| 66. -VG S/T Invest Grade Fund (Admiral) | A | Dividend | J | T | | | | | |
| 67. -Virtus Multi Sector S-T Bond I | A | Dividend | J | T | | | | | |
| 68. -AQR Managed Futures Fund 1 | A | Dividend | J | T | Buy | 02/11/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L.. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Natixis ASG Managed Futures Stratagy Fund Class 1 | A | Distribution | J | T | Buy | 02/11/16 | J | | |
| 70. -Vanguard Market Neutral Fund Class INV SHS | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 71. -LMCG Gib Market Neutral Fund | | None | | | Buy | 02/11/16 | J | | |
| 72. | | | | | Sold | 08/12/16 | J | | |
| 73. -TD Bank - cash accounts | | None | | | Closed | 08/12/16 | J | | |
| 74. -UBS Bank US cash account | | None | J | T | Open | 08/12/16 | J | | |
| 75. UBS Financial Services Acct. 70 (H) | | | | | | | | | |
| 76. -First Horizon Nat'l Corp. FHN | A | Dividend | K | T | | | | | |
| 77. -Home Trust Bank Shares (HTBI) | A | Dividend | | | Sold | 12/01/16 | J | | |
| 78. -Blackrock Muniholdings Quality Fund, Inc. MUS | D | Dividend | M | T | | | | | |
| 79. -Blackrock Muniyield Quality Fund III, Inc.MYI | C | Dividend | L | T | | | | | |
| 80. -Blackrock Muniyield Quality Fund, Inc. CLD, MQY | A | Dividend | | | Sold | 11/28/16 | L | | |
| 81. -Blackrock Muniyield Quality Fund II, Inc. MQT | A | Dividend | | | Sold | 11/28/16 | K | | |
| 82. -Nuveen Quality Muni Fund, Inc. NQI | D | Dividend | M | T | | | | | |
| 83. -Blackrock Muniyield Fund, Inc. MYD | C | Dividend | L | T | Sold (part) | 11/28/16 | J | | |
| 84. -Leg Mason, Inc. Bond | A | Dividend | | | Buy | 11/14/16 | K | | |
| 85. | | | | | Sold | 11/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Valdus Hldgs LTD | C | Dividend | | | Buy | 07/15/16 | L | | |
| 87. | | | | | | Sold | 11/28/16 | K | | |
| 88. | -ARES MGMT L P PFD Unit Ser A | C | Dividend | L | T | Buy | 07/18/16 | L | | |
| 89. | -Goldman Sachs Group, Inc. | A | Dividend | | | Buy | 06/18/16 | K | | |
| 90. | | | | | | Sold | 11/28/16 | K | | |
| 91. | UBS Financial Services Acct. 68(Estate #1 X) (H) | | | | | | | | | |
| 92. | -UBS Bank Deposit x | | None | J | T | | | | | |
| 93. | -Fidelity Southern Corp x | A | Dividend | J | T | | | | | |
| 94. | --General Motors Co. x | A | Dividend | J | T | | | | | |
| 95. | -Motors Liq Co Guc TR UBI x | A | Dividend | J | T | | | | | |
| 96. | -Warrants General Motors Corp. x | A | Dividend | J | T | | | | | |
| 97. | -FNR 109-109J x | A | Dividend | J | T | | | | | |
| 98. | -FHR 1163 1163JA x | A | Dividend | J | T | | | | | |
| 99. | -FHR 1578 K x | A | Dividend | J | T | | | | | |
| 100. | -Invesco Quality Muni Inc. Trst Com x | C | Dividend | L | T | | | | | |
| 101. | -Apollo Invemt Corp x | C | Dividend | L | T | | | | | |
| 102. | -BGC Partners Inc. x | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Dominion Resources Inc x | C | Dividend | K | T | Buy | 07/26/16 | K | | |
| 104.  -Ing Groep N V x | B | Dividend | K | T | | | | | |
| 105.  -Qwest Corp x | C | Dividend | K | T | Buy | 09/01/16 | K | | |
| 106.  -Blackrock Muniholding x | | None | | | Sold | 11/28/16 | K | | |
| 107.  -Blackrock Muniyield x | | None | | | Sold | 11/28/16 | K | | |
| 108.  -Goldman Sachs Group Inc. x | | None | | | Sold | 11/28/16 | K | | |
| 109.  -MS Capital Trust III x | | None | | | Sold | 08/18/16 | K | | |
| 110.  UBS Financial Services Acct. 19BH Estate #2 x (H) | | | | | | | | | |
| 111.  -UBS Bank USA Deposits x | | None | J | T | | | | | |
| 112.  -Nuveen Amt-Free Municipal Credit Income Fund x | C | Dividend | L | T | Buy | 10/13/16 | J | | |
| 113.  -Apollo Investment Corp x | B | Dividend | K | T | Buy | 10/18/16 | K | | |
| 114.  -Ares Mgmt L P PFD Unit Ser A x | B | Dividend | K | T | Buy | 09/23/16 | K | | |
| 115.  -Associated Banc Preferred x | B | Dividend | K | T | Buy | 09/23/16 | K | | |
| 116.  -Legg Mason Inc.x | B | Dividend | | | Buy | 09/23/16 | K | | |
| 117. | | | | | Sold | 11/28/16 | K | | |
| 118.  -PNC PRQ x | A | Dividend | | | Buy | 10/12/16 | | | |
| 119. | | | | | Sold | 11/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. UBS Financial Services HH IRA Estate #3 x (H) | | | | | | | | | |
| 121. -FNR 1992-195 C x | A | Dividend | J | T | | | | | |
| 122. -FHR 1578 K x | A | Dividend | J | T | | | | | |
| 123. -FNR 1994 - G6 x | A | Dividend | J | T | | | | | |
| 124. -Legg Mason Inc Bond x | A | Dividend | K | T | | | | | |
| 125. UBS Financial Services Acct 16 (H) | | | | | | | | | |
| 126. -Blackrock Muniyield Fund Inc. | B | Dividend | K | T | | | | | |
| 127. Amercian Balance Fund-529A Fund #1011 CLBX-Balanced track | A | Int./Div. | J | T | | | | | |
| 128. American Balance Fund- 529A Fund #1011 CLBX-Balanced track | A | Int./Div. | J | T | | | | | |
| 129. First Citizens Investors Services (H) | | | | | | | | | |
| 130. -Buncombe County NC CTFS | A | Dividend | | | Redeemed | 04/01/16 | K | | |
| 131. -Orange County NC CTFS | A | Dividend | | | Redeemed | 04/01/16 | K | | |
| 132. -University NC Charlotte Rev | A | Dividend | K | T | | | | | |
| 133. -NC Med Care Comm Health Care Facs R Ed NC Med Care | B | Dividend | K | T | | | | | |
| 134. -NC Med Care Comm Health Care Facs R Ed NC Med Care | B | Dividend | K | T | | | | | |
| 135. -Harnett County NC LTD Oblig RFDG | A | Dividend | K | T | Buy | 04/07/16 | K | | |
| 136. -Monroe NC LTD Oblig RFDG | B | Dividend | K | T | Buy | 04/07/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wells Fargo Bank cash account | A | Interest | M | T | | | | | |
| 138. Rental Property #1 Burnsville, NC | D | Rent | M | S | | | | | |
| 139. Rental Property #2 Burnsville, NC | | None | N | S | | | | | |
| 140. Rental Property #3 Burnsville, NC | | None | K | S | | | | | |
| 141. Rental Property #4 Burnsville, NC | | None | N | S | | | | | |
| 142. Spruce Pine, Mitchell County, NC #1 | | None | | | Sold | 07/15/16 | M | | |
| 143. Spruce Pine, Mitchell County, NC #2 12/28/15 | | None | N | Q | | | | | |
| 144. Spruce Pine, Mitchell County, NC #3 12/28/15 | | None | K | Q | | | | | |
| 145. Arbuckle, Yancey County, NC #1 11/30/15 | | None | M | Q | | | | | |
| 146. UBS Bank-IRA 91 cash account | | None | | | Redeemed | 07/18/16 | K | | |
| 147. UBS Bank Deposit cash account | | None | | | Redeemed | 07/18/16 | N | | |
| 148. Wells Fargo Bank cash account | | None | | | Redeemed | 07/18/16 | J | | |
| 149. Southern Farm Bureau Life Insurance Whole Life | A | Interest | K | T | | | | | |
| 150. Dennis L. Howell PA | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

(#127) and (#128) Each of these two funds are investments for the college education of my grandchildren.  I can select only the general investment stratagy of these plans and have chosen the balanced track.  I do not own, nor can I select, the specific stocks, bonds, or other assets.  These items were listed in the 2015 report as #84 & #85.

(#125) (#126)  Blackrock Muni Yield Fund, Inc. - This investment was listed on the 2015 report as #86.  This asset was purchased on October 17, 2012.

#'s 87, 88, 89, 90, 91, 92, 93, and 94 from the 2015 disclosure are now reported as items #'s 142, 143, 144, 145, 146, 147 and 148.  These properties were inherited by the filer as the result of the death of the filer's mother.

#93 on the 2015 report listed an asset as Strategic Global Income Fund.  That fund and account did not exist and was listed in error.

#87 in the 2015 report is now reported as #142.  This was a dwelling house which was inherited by the filer as the result of the death of the filer's mother.  This house was sold.  The sale is reported in the 2016 report as #142 and the proceeds are reported in line items #110 through #119.

#65 in the 2015 report is now reported as #149.

#66 in the 2015 report is now reported as #150.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis L. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544